EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Cindy Ginés Sánchez | 2016 TSPR 88<br><br>195 DPR ____ |

Número del Caso: TS-10,348

Fecha: 3 de mayo de 2016

Programa de Educación Jurídica Continua:

Lcda. Geisa M. Marrero Martínez
Directora Ejecutiva

Abogada de la Querellada:

Por Derecho Propio

Materia: Conducta Profesional – La suspensión de la abogacía será efectiva el 11 de mayo de 2016, fecha en que se le notificó a la abogada de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>Cindy Ginés Sánchez | TS-10,348 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de mayo de 2016.

La Lcda. Cindy Ginés Sánchez fue admitida al ejercicio de la abogacía el 19 de enero de 1993 y prestó juramento para ejercer la notaría el 18 de marzo de 1994. No obstante, el 25 de enero de 2011 aceptamos la renuncia al notariado de la licenciada Ginés Sánchez.

El 10 de octubre de 2014 la Directora del Programa de Educación Jurídica Continua (PEJC), Lcda. Geisa M. Marrero Martínez, presentó un *Informe Sobre Incumplimiento con Requisito de Educación Jurídica Continua* (Informe) en el que señaló que la licenciada Ginés Sánchez no había cumplido con los requisitos del PEJC durante el periodo siguiente: 1 de agosto de 2007 al 31 de agosto de 2009.

Evaluado el Informe presentado por la Directora del PEJC, el 20 de octubre de 2014 este Tribunal emitió una Resolución mediante la cual se le concedió a la licenciada Ginés Sánchez un término de veinte (20) días para que compareciera y mostrara causa por la cual no debía ser suspendida del ejercicio de la abogacía debido a su incumplimiento con los requisitos del PEJC y por no comparecer ante el PEJC cuando le fue requerido. El 23 de enero de 2015 la licenciada Ginés Sánchez compareció ante nos mediante *Moción en Cumplimiento de Orden* para informar que alegadamente había subsanado su incumplimiento con los requisitos del PEJC. Asimismo, informó su firme intención de renunciar al ejercicio de la profesión. En vista de lo anterior el 12 de febrero de 2015 emitimos una Resolución mediante la cual concedimos un término de veinte (20) días a la licenciada Ginés Sanchez para completar trámite conducente a su inactivación en el Registro Único de Abogados y Abogadas (RÚA). Transcurrido en exceso el

término provisto, el 21 de diciembre de 2015 emitimos una Resolución mediante la cual le concedimos un término adicional de quince (15) días para que compareciera y presentara una certificación oficial sobre el cumplimiento de los requisitos del PEJC. Además, reiteramos que la licencia Ginés Sánchez debía expresarse en cuanto al cumplimiento con nuestra Resolución del 12 de febrero de 2015. Finalmente apercibimos a la licenciada Ginés Sánchez que su incumplimiento con esta Resolución conllevaría sanciones disciplinarias severas incluyendo la suspensión de la práctica de la abogacía.

Transcurrido el mencionado término sin que la licenciada Ginés Sánchez haya comparecido ante nos, se ordena la suspensión inmediata e indefinida del ejercicio de la abogacía de la licenciada Ginés Sánchez en nuestra jurisdicción. Ello debido a su incumplimiento con los requisitos del PEJC y nuestras órdenes. En caso de que la licenciada Ginés Sánchez esté representando a clientes ante nuestros tribunales en la actualidad, se le impone el deber de notificar a estos sobre su inhabilidad de continuar representándolos, devolverle los honorarios por trabajos no realizados e informar oportunamente de su suspensión a cualquier foro judicial y administrativo en el que tenga un caso pendiente. Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior en un término de treinta (30) días contados a partir de la notificación de la presente Resolución.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo